No. 84–1745. SCHILLING, COMMISSIONER OF SAVINGS AND LOAN ASSOCIATIONS FOR ILLINOIS *v.* TELEGRAPH SAVINGS &

LOAN ASSOCIATION OF CHICAGO ET AL. Sup. Ct. Ill. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.